UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10162
    ALICIA M LEWIS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-0035


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/06/2007 and was confirmed 11/21/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 05/07/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING COMPA | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | MORTGAGE ARRE | 991.54 | .00 | 991.54 |
| AMERICAS SERVICING CO | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAS SERVICING COMPA | NOTICE ONLY | NOT FILED | .00 | .00 |
| COUNTRY CLUB HILLS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF COUNTRY CLUB HIL | NOTICE ONLY | NOT FILED | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| HOLLYWOOD VIDEO | NOTICE ONLY | NOT FILED | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| INSIGHT COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| K BRADY DDS & ASSOC 2PP | UNSECURED | NOT FILED | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| MCI COMMUNICATIONS | NOTICE ONLY | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 515.88 | .00 | 29.41 |
| RIVERWALK APTS | NOTICE ONLY | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 6404.82 | .00 | 365.07 |
| US DEPT OF EDUCATION | UNSECURED | 9739.57 | .00 | 555.15 |
| VERIZON | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON | NOTICE ONLY | NOT FILED | .00 | .00 |
| VILLAGE OF HOMEWOOD | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF HOMEWOOD | NOTICE ONLY | NOT FILED | .00 | .00 |
| VILLAGE OF MATTESON | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF MATTESON | NOTICE ONLY | NOT FILED | .00 | .00 |
| VILLAGE OF OLYMPIA FIELD | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF OLYMPIA FIELD | NOTICE ONLY | NOT FILED | .00 | .00 |
| VILLAGE OF PARK FOREST | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF PARK FOREST | NOTICE ONLY | NOT FILED | .00 | .00 |
| WACHOVIA BANK NA | NOTICE ONLY | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 1750.00 | .00 | 99.75 |
| PARK CENTER TOWNHOME ASS | MORTGAGE ARRE | 1553.08 | .00 | 1553.08 |
| PARK FOREST TOWN HOME AS | NOTICE ONLY | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 3270.49 | .00 | 186.42 |

                   PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 07 B 10162 ALICIA M LEWIS

```
US DEPT OF EDUCATION        UNSECURED     3775.09            .00       215.18
RMI/MCSI                    FILED LATE         .00            .00          .00
ROUNDUP FUNDING LLC         UNSECURED     1192.99            .00        68.00
ROUNDUP FUNDING LLC         UNSECURED      657.16            .00        37.46
ZALUTSKY & PINSKI LTD       DEBTOR ATTY   3,280.00                    3,280.00
TOM VAUGHN                  TRUSTEE                                     561.94
DEBTOR REFUND               REFUND                                     600.00
```

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------

|                       | RECEIPTS   | DISBURSEMENTS |
|-----------------------|------------|---------------|

--------------------------------------------------------------------------------

| TRUSTEE               | 8,543.00   |               |
|                       |            |               |
| PRIORITY              |            | .00           |
| SECURED               |            | 2,544.62      |
| UNSECURED             |            | 1,556.44      |
| ADMINISTRATIVE        |            | 3,280.00      |
| TRUSTEE COMPENSATION  |            | 561.94        |
| DEBTOR REFUND         |            | 600.00        |
|                       | ---------------- | ---------------- |
| TOTALS                | 8,543.00   | 8,543.00      |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 08/26/08                     _____

                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE